IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD EUGENE KERSEY ) | CASE NO. CR408-080 |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Government's Motion for a Final Order of Forfeiture. (Doc. 54.) As the Government concedes, the Preliminary Order of Forfeiture in this case has become the Final Order of Forfeiture, thereby mooting the Motion for a Final Order of Forfeiture. (Doc. 62.) Accordingly, the Motion is **DISMISSED AS MOOT**.

SO ORDERED this 6th day of October, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA